UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                                Case No. 16−30574
                                                     Chapter 13
Eddie Crapps

   Debtor

### NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT (Official Form 423)

According to the records of the Bankruptcy Clerk, the following items have NOT been filed within 45 days after the first date set for the §341 Meeting of Creditors:

**Certificate of Completion of Financial Management Course by the Debtor**
Eddie Crapps

Subject to limited circumstances, a debtor must complete an instructional course in personal financial management from an approved provider and file a certification of completion of a course concerning personal financial management (Official Form 423). Pursuant to Bankruptcy Rule 5009(b), this case may be closed without discharge unless the Official Form 423 is filed within the applicable time limit under Rule 1007(c).[1]

− A list of approved personal financial management providers can be found at
       http://www.almba.uscourts.gov/images/Approved%20CCDEAgencies.pdf
− A copy of Official Form 423 (Certification of Completion) can be found at
       http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx


Dated: May 31, 2016

Juan−Carlos Guerrero
Clerk, U.S. Bankruptcy Court

[1] A Motion to Reopen Case will be required for the debtor to motion the court for a discharge after the case has been closed.