IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | } | |
| | } | **Chapter Thirteen** |
| **EDDIE CRAPPS** | } | Case Number |
| | } | |
| Debtor. | } | <u>16-30574</u> |

_____

## AMENDED MOTION FOR RELIEF FROM STAY *verified by Affidavit* (POST PETITION DEFAULT) CORRECTING NAME OF DEBTOR

     Comes now HUBBARD PROPERTIES, INC., the residential landlord for the above named debtor, and shows unto the Court that its original motion for relief from stay included Rosie Crapps as a named debtor. Movant amends its motion to show that the correct debtor in the above matter is Eddie Crapps, only. Further, movant reasserts all of the original allegations in its motion for relief as follows:

1. Debtor entered into a residential lease agreement with Movant on May 6, 2015, for a term to expire April 30, 2016, and to renew year to year unless otherwise terminated. A copy of said lease is attached hereto.

2. The property is described as, Fox Croft Apts., 5747 Calmar Drive, Apt., #4, Montgomery, Al. 36116..

3. Through May, 2017, debtor owes the sum of $1637.62 rental, late charges, water/sewer charges, and insurance charges, consisting of charges for March, April and May, 2017. Movant also claims and has incurred a reasonable attorney's fee, and court costs currently in the sum of $176.00 in this Court, and $329.73 in state court. June rent is presently due and payable.

4. Movant filed unlawful detainer proceedings and hence stayed all action after receiving notice of the filing of the instant case.

5. Movant requests immediate relief from stay to commence termination and state court eviction proceedings. In the alternative, if the debtor is allowed to cure the lease arrears, movant requests immediate relief unless the debtor will promptly compensate, or give adequate assurance the debtor will promptly compensate said movant from all loss, and give adequate assurance of future performance.

WHEREFORE, PREMISES CONSIDERED, movant requests that this Honorable Court:

a. Set this matter down for hearing, and give notice to all parties;

b. Grant this Motion for Relief from stay so that movant can seek all lawful means of obtaining possession of the premises wrongfully withheld;

c. In the alternative, Order the debtor to promptly cure all of the past due indebtedness, and grant movant future relief from stay in the event of future defaults;

d. Grant such other further relief, general or specific, as the facts of this case require.

*/s/ Roy M. West*
ROY M. WEST
Attorney for Movant
Frank Nelson Building
205 20th St. N., Ste. #723
Birmingham, AL. 35203
Phone: 251-8151
Fax: 251-9543
Email: MANLYANDMANLYATT@BELLSOUTH.NET

## CERTIFICATE OF SERVICE

I do hereby certify that on this date, 06/12/17, I served a copy of the foregoing Motion for Relief on the attorney of record, by placing copies of same in the US Mails, first class postage prepaid.

/s/ Roy M. West
ROY M. WEST
Attorney for Movant